UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MICHALE WHITCOMB,

        Plaintiff,

   vs.

FORD MOTOR COMPANY,

        Defendant.

Case No. 2:25-CV-01336-TLN-JDP

Hon. Judge Troy L. Nunley
Hon. Magistrate Judge Jeremy D. Peterson

**ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING ORDER DEADLINES AND DATES (ECF 8)**

Case Removed: May 9, 2025

## **ORDER**

The Court, having considered the First Joint Stipulation to Continue Scheduling Order Deadlines and Dates ("Stipulation"), filed by the Parties, and upon finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

///

ORDER GRANTING FIRST JOINT STIPULATION TO CONTINUE DATES AND DEADLINES

1. The following dates and deadlines are hereby vacated

    a. Close of fact discovery: May 8, 2026;

    b. Initial Expert Disclosure: July 7, 2026;

    c. Supplemental Expert Disclosure: August 7, 2026;

    d. Supplemental Discovery Deadline: October 5, 2026; and

    e. Deadline to file Dispositive Motion(s): November 4, 2026

2. The continued dates and deadlines are as follows:

    a. Close of fact discovery: August 10, 2026;

    b. Initial Expert Disclosure: October 7, 2026;

    c. Supplemental Expert Disclosure: November 6, 2026;

    d. Supplemental Discovery Deadline: January 5, 2026; and

    e. Deadline to file Dispositive Motion(s): February 4, 2027

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 11, 2026

_____

Troy L. Nunley
Chief United States District Judge

ORDER GRANTING FIRST JOINT STIPULATION TO CONTINUE DATES AND DEADLINES